SCWC-12-0000621

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CAROL L. NEPAGE-FONTES,
Respondent/Petitioner-Appellee,

vs.

JOHN E. NEPAGE,
Petitioner/Respondent-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000621; TRUST NO. 00-1-0069)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Respondent-Appellant's Application for Writ

of Certiorari, filed on September 13, 2013, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 24, 2013.

Douglas C. Smith,
Mark M. Murakami, and
E. Kumau Pineda-Akinoa,
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

